**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| TAMMY LYNN BROWN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL J. ASTRUE, )<br>COMMISSIONER, SOCIAL )<br>SECURITY ADMINISTRATION, )<br>)<br>Defendant. ) | Case No. CIV-11-932-M |

## ORDER

On July 10, 2012, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 405(g) for judicial review of the final decision of the Commissioner of the Social Security Administration ("Commissioner") denying plaintiff's application for benefits. The Magistrate Judge recommended the Commissioner's decision be reversed and remanded for further findings concerning Dr. Zielinski's opinions on moderate limitations. The parties were advised of their right to object to the Report and Recommendation by July 27, 2012. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1)  ADOPTS the Report and Recommendation [docket no. 19] issued by the Magistrate Judge on July 10, 2012;

(2)  REVERSES the decision of the Commissioner;

(3)  REMANDS for further findings concerning Dr. Zielinski's opinions on moderate limitations; and

(4)   ORDERS that judgment issue forthwith in accordance with the provisions of sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED this 30th day of July, 2012.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE